**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **CERENCE OPERATING COMPANY**, <br><br> *Plaintiff,* <br><br> v. <br><br> **APPLE INC.**, <br><br> *Defendant.* | **Case No. 7:25-cv-00400-ADA** <br><br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE AND STIPULATION OF VENUE DISCOVERY AND DEADLINES**

Pursuant to Judge Albright's Order Governing Proceedings 4.4 § V, Cerence Operating Co. ("Cerence") provides notice that Cerence intends to serve venue discovery related to Apple Inc.'s ("Apple") Motion to Transfer (Dkt. 34), and that the venue discovery will delay Cerence's response in opposition thereto.

The time period for venue discovery is set by the OGP § V to run for 10 weeks. Cerence and Apple jointly stipulate, pursuant to Judge Albright's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, that the venue discovery period shall run for an additional 2 weeks in view of the holidays, until March 17, 2026. Cerence's response in opposition to the Motion to Transfer shall be due two weeks thereafter, on March 31, 2026. As part of this agreement, Cerence will not serve any venue discovery before January 5, 2026.

In accordance with the Standing Order the Parties confirm that these extensions (1) are agreed, (2) do not change the date of any hearing, trial, or other Court date, (3) do not affect the

Court's ability to hold any hearing, trial, or Court event, and (4) are not an extension of the answer

or response to a complaint.

Dated: January 5, 2026                         Respectfully submitted,

/s/ Peter Tong                                 /s/ Steve Wingard

**RUSS AUGUST & KABAT**                         **SCOTT DOUGLASS & MCCONNICO LLP**
Marc A. Fenster, SBN 181067                     Steve Wingard
Email: mfenster@raklaw.com                      State Bar No. 00788694
Benjamin T. Wang, SBN 228712                    swingard@scottdoug.com
Email: bwang@raklaw.com                          Stephen L. Burbank
Andrew D. Weiss, SBN 232974                      State Bar No. 24109672
Email: aweiss@raklaw.com                         sburbank@scottdoug.com
Paul A. Kroeger, SBN 229074                      Robert P. Earle
Email: pkroeger@raklaw.com                       State Bar No. 24109678
Shani Williams, SBN 274509                       rearle@scottdoug.com
Email: swilliams@raklaw.com
James S. Tsuei, SBN 285530                       Kara A. Specht
Email: jtsuei@raklaw.com                         **FINNEGAN, HENDERSON, FARABOW,**
Minna Y. Chan, SBN 305941                        **GARRETT & DUNNER, LLP**
Email: mchan@raklaw.com                          271 17th St. NW, Suite 1400
Bradley Hyde, SBN 301145                         Atlanta, GA 30363-6209
Email: bhyde@raklaw.com                          (404) 653-6400
Daniel Kolko, SBN 341680                         kara.specht@finnegan.com
Email: dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor             Jacob A. Schroeder
Los Angeles, CA 90025                            Erik R. Puknys
Telephone: (310) 826-7474                        **FINNEGAN, HENDERSON, FARABOW,**
Facsimile: (310) 826-6991                        **GARRETT & DUNNER, LLP**
                                                 Stanford Research Park
Qi (Peter) Tong, SBN 24119042                    3300 Hillview Avenue
Email: ptong@raklaw.com                          Palo Alto, CA 94304-1203
8080 N. Central Expy., Suite 1503                (650) 849-6600
Dallas, TX 75206                                 jacob.schroeder@finnegan.com
Telephone: (310) 826-7474                        erik.puknys@finnegan.com
Facsimile: (310) 826-6991
                                                 Sonja W. Sahlsten
                                                 Alissa E. Green
**ATTORNEYS FOR PLAINTIFF**                      **FINNEGAN, HENDERSON, FARABOW,**
**CERENCE OPERATING COMPANY**                    **GARRETT & DUNNER, LLP**
                                                 901 New York Avenue, NW
                                                 Washington, DC 20001
                                                 (202) 408-4000

sonja.sahlsten@finnegan.com
alissa.green@finnegan.com

Daniel C. Tucker
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
1875 Explorer St., Suite 800
Reston, VA 20190
(571) 203-2700
daniel.tucker@finnegan.com

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Peter Tong*