**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**CERENCE OPERATING COMPANY,**

*Plaintiff,*

v.

**APPLE INC.,**

*Defendant.*

**Case No. 7:25-cv-00400-ADA**

**JURY TRIAL DEMANDED**

**JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DEADLINES**

Plaintiff Cerence Operating Company ("Plaintiff") and Defendant Apple Inc. ("Defendant") file this Joint Motion to Extend Claim Construction Deadlines (the "Joint Motion") and would show the Court as follows:

In an effort to continue narrowing the disputed claim terms and thereby reduce the issues to be submitted to the Court, the Parties have agreed to seek a brief extension of upcoming claim construction deadlines as set forth in the table below.

| Original Deadline | Amended Deadline | Item |
|---|---|---|
| 4/22/26 | 4/29/26 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 5/13/26 | 5/20/26 | Plaintiff files Responsive claim construction brief. |
| 5/27/26 | 6/3/26 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| 6/10/26 | 6/17/26 | Plaintiff files Sur-Reply claim construction brief. |
| 6/15/26 | 6/22/26 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. |
| 6/15/26 | 6/29/26 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |

| **Original Deadline** | **Amended Deadline** | **Item** |
|---|---|---|
| 6/25/26 | 7/13/26[1] | Markman hearing |

Because the requested extension may affect the Court's ability to hold the scheduled *Markman* hearing, pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines (Sept. 18, 2025), the Parties are filing this request as a Joint Motion, rather than as a notice or stipulation.

Accordingly, the Parties hereby jointly move the Court to extend the claim construction deadlines as set forth in the foregoing table, and therefore respectfully request that the Court grant this Joint Motion and enter the attached Order.

[1] The parties offer July 13, 2026 as a placeholder only and will accommodate whatever date best suits the Court's schedule.

Dated: April 16, 2026

Respectfully submitted,

*/s/ Peter Tong*

**RUSS AUGUST & KABAT**
Marc A. Fenster, SBN 181067
Email: mfenster@raklaw.com
Benjamin T. Wang, SBN 228712
Email: bwang@raklaw.com
Andrew D. Weiss, SBN 232974
Email: aweiss@raklaw.com
Paul A. Kroeger, SBN 229074
Email: pkroeger@raklaw.com
Shani Williams, SBN 274509
Email: swilliams@raklaw.com
James S. Tsuei, SBN 285530
Email: jtsuei@raklaw.com
Minna Y. Chan, SBN 305941
Email: mchan@raklaw.com
Bradley Hyde, SBN 301145
Email: bhyde@raklaw.com
Daniel Kolko, SBN 341680
Email: dkolko@raklaw.com
12424 Wilshire Boulevard, 12th Floor Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong, SBN 24119042
Email: ptong@raklaw.com
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**ATTORNEYS FOR PLAINTIFF CERENCE OPERATING COMPANY**

*/s/ Steve Wingard*

**SCOTT DOUGLASS & MCCONNICO LLP**
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
State Bar No. 4109678
rearle@scottdoug.com

Kara A. Specht
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW, Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
kara.specht@finnegan.com

Jacob A. Schroeder
Erik R. Puknys
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600
jacob.schroeder@finnegan.com
erik.puknys@finnegan.com

Sonja W. Sahlsten
Alissa E. Green
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000
sonja.sahlsten@finnegan.com
alissa.green@finnegan.com

Daniel C. Tucker
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer St., Suite 800
Reston, VA 20190
(571) 203-2700
daniel.tucker@finnegan.com
**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steve Wingard*
Steve Wingard